UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES of AMERICA,  Case No: 3:14-cr-00093
CHIEF JUDGE HAYNES
vs.

MARTIN HERNANDEZ SANTANA /

### REQUEST FOR A CHANGE OF PLEA HEARING DATE

Comes Now the undersigned counsel for defendant Martin Hernandez Santana and respectfully requests this Honorable Court for an earlier change of plea date. The plea date on this case is presently set for September 8th and the undersigned would ask the Court to set the hearing the week of August 18th or August 25, 2014. The undersigned has discussed this matter with AUSA Scarlett Singleton Nokes and she has no objection to an earlier hearing date.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was electronically mailed to AUSA Scarlett Singleton Nokes this 8th day of August , 2014.

RESPECTFULLY SUBMITTED:

/S/ LAWRENCE J. ARNKOFF
LAWRENCE J. ARNKOFF
TENNESSEE BAR # 026140
ATTORNEY FOR DEFENDANT
Larnkoff@Bellsouth.net
9103 BRENT MEADE BLVD
BRENTWOOD TN 37027
TEL: 615 973 4570, FAX: 615 371 5327