IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:14-cr-0093 |
| ) | Chief Judge Haynes |
| MARTIN HERNANDEZ-SANTANA ) | |

**ORDER**

The sentencing hearing is set in this action for **Friday, November 7, 2014 at 3:30 p.m.**, in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the ___ day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court